AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Mikel Reeves<br>and<br>Treyvon Cooper<br>*Defendants* | Case: 1:25-mj-00163<br>Assigned To: Judge Upadhyaya. Moxila A.<br>Assign. Date: 8/22/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date of __August 20, 2025__ in the county of _____ in the _____ District of __Columbia__, the defendants violated:

| Code Section | Offense Description |
|---|---|

Mikel Reeves- 21 U.S.C. 841(a)(1) and 841(b)(1)(D) (Unlawful Possession with Intent to Distribute Marijuana)

18 U.S.C. 924 (c)(1)(A)(i) (Using, Carrying, and Possessing a Firearm in Furtherance of a Crime of Violence or a Drug Trafficking Offense)

Treyvon Cooper- 21 U.S.C. 844 (Unlawful Possession of a Controlled Substance)

This criminal complaint is based on these facts:
SEE ATTACHED STATEMENT OF FACTS.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Officer Kyle Gatewood, MPD
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on August 22, 2025.

Date: 08/22/2025

_____
*Judge's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*