AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:25-mj-00163 |
| Treyvon Cooper | ) Assigned To: Judge Upadhyaya, Moxila A. |
|  | ) Assign. Date: 8/22/2025 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Treyvon Cooper                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
21 U.S.C. 844 (Unlawful Possession of a Controlled Substance)

Date: 08/22/2025

*Issuing officer's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 08/25/2025, and the person was arrested on *(date)* 08/25/2025
at *(city and state)* Washington D C.

Date: 08/25/2025

*Arresting officer's signature*

McBride                    DUSM
*Printed name and title*